IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONALD WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-272-R |
| | ) | |
| KEVIN STITT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court for review of the Report and Recommendation [Doc. No. 5] issued by United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Green recommends that this action brought pursuant to 42 U.S.C. § 1983 be dismissed without prejudice as a request for habeas relief. Petitioner has not filed a timely objection nor sought an extension of time in which to file an objection. Accordingly, the Report and Recommendation is ADOPTED in its entirety and this action is DISMISSED without prejudice. Plaintiff's pending IFP application [Doc. No. 2] is DENIED as moot.

**IT IS SO ORDERED** this 3rd day of May 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE